■ In the Matter of the Estate of JOHN WAGNER, Deceased. CANANDAIGUA NATIONAL BANK AND TRUST COMPANY et al., Respondents; COLIN DESROSIERS et al., Appellants. (Appeal No. 1.) [990 NYS2d 434]—Appeal from an order of the Surrogate's Court, Monroe County (Edmund A. Calvaruso, S.), entered July 18, 2013. The order, among other things, terminated a testamentary trust.

It is hereby ordered that said appeal is unanimously dismissed.

Same memorandum as in *Matter of Wagner* ([appeal No. 2] 120 AD3d 919 [2014]). Present—Smith, J.P., Peradotto, Lindley, Sconiers and Whalen, JJ.